BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-01398-MCE-KJN |
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM SEPTEMBER 24, 2013, TO DECEMBER 23, 2013; ORDER |
| v. | |
| APPROXIMATELY $18,970.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $16,500.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States submits the following request that the Court extend the deadline to file a Joint Status Report ("JSR") from September 24, 2013 to December 23, 2013.

**Introduction**

On July 12, 2013, the United States filed a verified civil forfeiture complaint against the above-captioned currency ("defendant currency"), alleging that the defendant currency was involved in violations of federal drug laws.

**Good Cause**

The United States has diligently pursued its forfeiture case against the defendant currency and attempted to notice all known potential claimants as required by the

1

Supplemental Rules governing forfeiture cases.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on July 24, 2013, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

To date, no party has filed a claim or answer in this case.

The United States intends to file a request for clerk's defaults against all potential claimants who have been served.  In addition, the United States intends to draft its motion for default judgment and final judgment of forfeiture, and will file the dispositive motion documents after clerk's defaults are entered against all potential claimants served pursuant to Rule 55(a).

Thus, there is good cause to extend the deadline to file a joint status report in this case from September 24, 2013, to December 23, 2013, or to a date the Court deems appropriate.

Dated: 9/23/2013                                   BENJAMIN B. WAGNER
                                                   United States Attorney


                                                   /s/ Jeffrey A. Spivak
                                                   JEFFREY A. SPIVAK
                                                   Assistant U.S. Attorney


ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from September 24, 2013, to December 23, 2013.

IT IS SO ORDERED.

Dated:  September 26, 2013

                                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                   UNITED STATES DISTRICT COURT

2