BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-01398-MCE-KJN |
|---|---|
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM DECEMBER 23, 2013 TO FEBRUARY 21, 2014; ORDER |
| v. | |
| APPROXIMATELY $18,970.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $16,500.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States submits the following request that the Court extend the deadline to file a Joint Status Report ("JSR") from December 23, 2013 to February 21, 2014.  For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

### Introduction

On July 12, 2013, the United States filed a verified civil forfeiture complaint against the above-captioned currency ("defendant currency"), alleging that the defendant currency was involved in violations of federal drug laws.

### Good Cause

The United States has diligently pursued its forfeiture case against the defendant

1

currency and attempted to notice all known potential claimants as required by the Supplemental Rules governing forfeiture cases.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on July 24, 2013, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on August 27, 2013.

Potential claimants Vankeith Brooks ("Brooks") and Jorge Rosario ("Rosario"), who filed claims in the administrative forfeiture proceeding, were provided notice of this case via certified mail through their attorney Geoffrey S. Stewart on July 26, 2013.  Mr. Stewart, is in the process of being admitted to the Court pro hac vice.  The United States is in settlement negotiations with Brooks and Rosario and expects to file settlement documents within the 60-day extension period.  Otherwise, the parties will meet and confer, and jointly prepare a joint status report.

Thus, there is good cause to extend the deadline to file a joint status report in this case from December 23, 2013 to February 21, 2014, or to a date the Court deems appropriate.

Dated:   12/11/2013                                    BENJAMIN B. WAGNER
                                                       United States Attorney


                                                       /s/ Jeffrey A. Spivak
                                                       JEFFREY A. SPIVAK
                                                       Assistant U.S. Attorney

ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from December 23, 2013 to February 21, 2014.

IT IS SO ORDERED.

Dated: December 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT