BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $18,970.00.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $16,500.00 IN U.S. CURRENCY,<br><br>             Defendants. | 2:13-CV-01398-MCE-AC<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.     This is a civil forfeiture action against Approximately $18,970.00 in U.S. Currency (the "Brooks Defendant Currency") and Approximately $16,500.00 in U.S. Currency (the "Rosario Defendant Currency" and together with the Brooks Defendant Currency, collectively, the "Defendant Currency") seized on or about October 16, 2012.

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 12, 2013, alleging that the Defendant Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

3.     On July 15, 2013, the Clerk issued a Warrant for Arrest for the Defendant Currency, and that warrant was duly executed on July 22, 2013.

4. Beginning on June 24, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on August 27, 2013.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):

    a.   Vankeith Brooks

    b.   Jorge Rosario

6. Claimant Vankeith Brooks filed a claim alleging an interest in the Brooks Defendant Currency on February 4, 2014.  Claimant Jorge Rosario filed a claim alleging an interest in the Rosario Defendant Currency on February 4, 2014.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. Claimant Vankeith Brooks represents and warrants that he is the sole owner of the Brooks Defendant Currency.  Claimant Jorge Rosario represents and warrants that he is the sole owner of the Rosario Defendant Currency.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimants Vankeith Brooks and Jorge Rosario and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $13,220.00 of the Approximately $18,970.00 in U.S. Currency (Brooks Defendant Currency) and $14,500.00 of the $16,500.00 in U.S. Currency (Rosario Defendant Currency), together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $5,750.00 of the $18,970.00 in U.S. Currency shall be returned to claimant Vankeith Brooks through his attorney Geoffrey S. Stewart.

5. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $2,000.00 of the $16,500.00 in U.S. Currency shall be returned to claimant Jorge Rosario through his attorney Geoffrey S. Stewart.

6. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

7. Claimant waived any and all claim or right to interest that may have accrued on the Defendant Currency.

8. All parties are to bear their own costs and attorneys' fees.

9. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

///
///
///
///
///
///
///
///
///

CERTIFICATE OF REASONABLE CAUSE

10. Based upon the allegations set forth in the Complaint filed July 12, 2013 and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:  March 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT