UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>         v.<br><br><br>APPROXIMATELY $18,970.00 IN<br>U.S. CURRENCY, and<br>APPROXIMATELY $16,500.00 IN<br>U.S. CURRENCY,<br>           Defendants.<br>_____ | JUDGMENT IN A CIVIL CASE<br><br>2:13-CV-1398 MCE AC |

XX – Clerk's Entry of Judgment

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE FINAL JUDGMENT OF FORFEITURE DATED MARCH 4, 2014:**

$13,200.00 OF THE APPROXIMATELY $18,970.00 IN U.S. CURRENCY, AND

$14,500.00 OF THE APPROXIMATELY $16,500.00 IN U.S. CURRENCY, TOGETHER WITH ANY ACCRUED INTEREST SHALL BE FORFEITED TO THE UNITED STATES;

$5,750.00 OF THE $18,970.00 IN U.S. CURRENCY SHALL BE RETURNED TO CLAIMANT VANKEITH BROOKS;

$2,000.00 OF THE $16,500.00 IN U.S. CURRENCY SHALL BE RETURNED TO CLAIMANT JORGE ROSARIO.

                                                                  Marianne Matherly
                                                                  Clerk of Court

ENTERED: March 4, 2014                               by: /s/ M. Marciel
                                                                      Deputy Clerk